**Opinion issued April 12, 2016**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-16-00164-CV
_____

## IN RE LESLIE R. POGUE AND JEANETTE I. POGUE, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relators, Leslie R. Pogue and Jeanette I. Pogue, have filed a petition for writ of mandamus challenging an oral ruling of the trial court vacating its prior granting of summary judgment in favor of relators.[*] We deny the petition.

---

[*]     The underlying case is *Elizabeth A. Williamson v. Leslie R. Pogue, Jeannette I. Pogue, Crosby Assets, Inc. d/b/a Alliance Properties, Georgiana Jones a/k/a Gina Jones*, cause number 2012-56353, pending in the 164th District Court of Harris County, Texas, the Honorable Alexandra Smoots-Hogan presiding.

## PER CURIAM

Panel consists of Justices Jennings, Massengale, and Huddle.